UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 15-3171
_____

MAUREEN MIRABELLA; JOHN MIRABELLA,

v.

SUSAN VILLARD; WILLIAM VILLARD; SUSAN BRAUN; ROBERT BRAUN;
MONTGOMERY TOWNSHIP BOARD OF SUPERVISORS;
SUPERVISOR JOSEPH P. WALSH;
SUPERVISOR MICHAEL J. FOX; SUPERVISOR ROBERT J. BIRCH, Esq.;
SUPERVISOR CANDYCE FLUEHR CHIMERA; MONTGOMERY TOWNSHIP;
SUPERVISOR JEFFREY W. MCDONNELL

Joseph P. Walsh; Jeffrey W. McDonnell,
Appellants
_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(D.C. No. 2-14-cv-07368)
District Judge: Honorable Berle M. Schiller
_____

Argued: July 12, 2016
_____

Before: FUENTES,[*] SHWARTZ and RESTREPO, Circuit Judges.

_____ORDER_____

The Precedential Opinion entered on April 4, 2017 is amended as follows: On page 17, third paragraph, last sentence, the word "it" should be inserted between the words "that" and "is". This amendment does not change the date of filing, April 4, 2017.

---

[*] Honorable Julio M. Fuentes assumed senior status on July 18, 2016.

By the Court,


s/ L. Felipe Restrepo
Circuit Judge

Dated: April 14, 2017
PDB/TYW/cc: All Counsel of Record